**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00462-CV

### LEN RAO, Appellant

### V.

### THE AMERICAN ARBITRATION ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00255-B**

## ORDER

Before the Court is appellee's August 9, 2013 motion for an extension of time to file a brief. Appellee notes in his motion that this Court has this appeal designated as accelerated. Upon review, the Court has determined that this appeal is not accelerated and has removed that designation.

We **GRANT** appellee's motion. Appellee shall file its brief on or before Monday, September 23, 2013.

/s/      DAVID LEWIS
        JUSTICE